IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BARRETT, | 1:09-cv-01741-LJO-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 8.) |
|   vs. | |
| M. CATE, et al., | ORDER DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS (Docs. 2, 7.) |
|     Defendants. | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE IN FULL |

Robert E. Barrett ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 30, 2009, findings and recommendations were entered, recommending that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff be required to pay the filing fee in full for this action. (Doc. 8.) Plaintiff was given leave to file objections within thirty days. To date, plaintiff has not filed objections to the findings and recommendations. However, on November 20, 2009, plaintiff paid the $350.00 filing fee in full.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 30, 2009, are ADOPTED in full;

2. Plaintiff's motions to proceed in forma pauperis, filed on October 5, 2009 and October 28, 2009, are DENIED; and

3. The Court acknowledges that on November 20, 2009, Plaintiff paid the $350.00 filing fee in full for this action.

IT IS SO ORDERED.

**Dated:   January 5, 2010**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2