IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E BARRETT, | Case No. 1:09-cv-01741 LJO JLT (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR DEPOSITION BY VIDEO CONFERENCING |
| vs. | |
| MATTHEW CATE, et al., | (Doc. 33) |
| Defendants. | |
| _____/ | |

On May 19, 2011, Defendants filed a request seeking permission to conduct the deposition of Plaintiff by videoconferencing pursuant to Federal Rule of Civil Procedure 30(b)(4). Defendants explain that the institution of Plaintiff's incarceration is approximately 359.95 miles away from the office of Defendants' counsel and that videoconferencing would thus eliminate unnecessary travel expenses.

Good cause appearing, it is **HEREBY ORDERED** that Defendants' May 19, 2011 request for deposition by videoconferencing (Doc. 33) is **GRANTED**. Nothing in this order, however, shall be construed as requiring the institution of Plaintiff's incarceration to obtain video conferencing equipment if it is not already available for this purpose.

IT IS SO ORDERED.

Dated:  **May 20, 2011**                                      /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE