1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT E BARRETT,                    Case No. 1:09-cv-01741 LJO JLT (PC)

12          Plaintiff,                    ORDER TO DEFENDANTS TO FILE
                                          DOCUMENTS
13      vs.

14   MATTHEW CATE, et al.,

15          Defendants.
     _____/
16

17          On May 10, 2011, Defendants filed their motion to dismiss related to their position that

18   Plaintiff has failed to exhaust his administrative remedies..  (Doc. 32) In opposition, Plaintiff

19   asserted that certain grievances had been improperly screened out.  (Doc. 36 at 3-4)  Plaintiff's

20   documents indicate that the grievance (Tracking # IA-25-2010-10284) was "screened out" because

21   it was a duplicate of others, namely IA-25-09-12333, LAC-C-09-00914, LAC-C-09-01209, LAC-25-

22   09-14016, LAC-C-09-01250.  Id. at 54.  Of these, only the documents related to LAC-C-09-00914

23   were provided by Defendant.

24          To fully evaluate the claim that Plaintiff's grievance was improperly screened out, Defendants

25   are **ORDERED** to file the grievances and responses in IA-25-09-12333, LAC-C-09-01209,  LAC-

26   25-09-14016 and LAC-C-09-01250 within 14 days of the date of this order.

27   IT IS SO ORDERED.

28   Dated:  **October 5, 2011**              _____**/s/ Jennifer L. Thurston**_____
                                             UNITED STATES MAGISTRATE JUDGE