IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BARRETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-01741 LJO JLT (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO CONDUCT DISCOVERY<br><br>(Doc. 48) |

On October 27, 2011, the Court issued its Findings and Recommendations to grant the motion to dismiss for failure to exhaust administrative remedies. (Doc. 47) As a result, Defendants seek an extension of time to conduct discovery until after the Court issues its order adopting or rejecting the recommendation. (Doc. 48) Defendants contend that to require them to continue discovery efforts–including Plaintiff's deposition that is currently set on November 4, 2011– at this time may waste limited state resources. Id. at 1.

Good cause appearing, the scheduling order is amended to extend the discovery deadline to December 12, 2011.

IT IS SO ORDERED.

Dated:  **October 28, 2011**　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1